IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSIE JOHNSON, et al.,

    Plaintiffs,

v.

CITY OF ANTIOCH, et al.,

    Defendants.

    /

No. C 09-03153 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, the letter dated May 5, 2010 and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: May 7, 2010

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

cc: Wings Hom