UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE JOHNSON, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF ANTIOCH, et al., <br><br> Defendant(s). | No. C09-3153 JSW (BZ) <br><br> **ORDER PROVIDING FURTHER DISCOVERY** |

Following a telephone conference at which both sides were represented by counsel, the Court finds that the dispute set forth in the joint letter brief dated May 5, 2010, Docket No. 30, does not require further briefing or argument. **IT IS ORDERED** that by **May 28, 2010,** defendant shall provide to plaintiff a breakdown of the persons who were subject to intermediate use of force during the period July 15, 2005 through July 15, 2007, by percentage who were African-Americans, Caucasians and Latinos.

Dated: May 12, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON V. CITY OF ANTIOCH\DISC ORD 1.wpd

1