JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
City of Antioch, Antioch Police Department, James Hyde,
Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer
James Stenger, Officer Rick Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON and TIM HORTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER ADRIAN GONZALEZ (#4336), OFFICER AURELIANO MENDES (DOE 1) (#4111), OFFICER JAMES STENGER (DOE 2) (#3604), OFFICER RICK SMITH (DOE 3) (#2310), DOES 4 THROUGH 5, in their individual and official capacities,<br><br>Defendant. | Case No. C09-03153 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO TAKE MORE THAN TEN DEPOSITIONS**<br><br>Judge: Hon. Jeffrey S. White<br>Dept: Courtroom 11, 19th Floor (SF) |

Plaintiffs Jesse Johnson and Tim Horton ("Plaintiffs'), and Defendants City of Antioch, Antioch Police Department, Chief James Hyde, Corporal Rick Smith, and Officers Adrian Gonzalez, James Stenger, and Aureliano Mendes ("Defendants") and through their respective attorneys of record hereby stipulate to the following:

1.  WHEREAS this matter is a civil rights case arising out of the detention and arrest of two African-American males by officers of the Antioch Police Department;

2.  WHEREAS Plaintiffs and Defendants have identified many potential witnesses

during discovery;

3. WHEREAS additional potential witnesses have been identified during depositions taken on behalf of Plaintiffs and Defendants;

4. WHEREAS Plaintiffs and Defendants each anticipate that they will reach their statutory limit of 10 depositions before completing all discovery and taking all necessary depositions;

5. WHEREAS Plaintiffs and Defendants each desire to take additional depositions to adequately prepare their respective cases for trial;

6. WHEREAS good cause exists to take additional depositions pursuant to F.R.C.P. 30(a)(2)(A)(i);

7. Plaintiffs and Defendants hereby seek leave of the Court for an Order permitting them to take three additional depositions beyond the statutory limit of 10, for a total of 13 depositions each for Plaintiffs and Defendants.

**IT IS SO STIPULATED**

Dated: May 6, 2010        MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
City of Antioch, Antioch Police Department, James Hyde, Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer James Stenger, Officer Rick Smith

Dated: May 6, 2010        LAW OFFICE OF JIVAKA CANDAPPA

By: ___/s/ Candappa, Jivaka_____
Jivaka Candappa
Attorney for Plaintiffs Jesse Johnson and Tim Horton

### ORDER

PURSUANT TO STIPULATION AND ON A SHOWING OF GOOD CAUSE IT IS SO ORDERED.

Dated: May 28, 2010        By: _____
Honorable Jeffrey S. White
United States District Court Judge

STIPULATION AND ORDER FOR LEAVE TO TAKE        2
MORE THAN 10 DEPOSITIONS – C09-03153 JSW