1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   JESSIE JOHNSON, et al.,       )
                                   )
12            Plaintiff(s),        )      No. C09-3153 JSW (BZ)
                                   )
13        v.                       )
                                   )
14                                 )      **ORDER SCHEDULING TELEPHONIC**
     CITY OF ANTIOCH, et al.,      )      **DISCOVERY CONFERENCE**
15                                 )
              Defendant(s).        )
16   _____)

17        **IT IS HEREBY ORDERED** that a telephone conference to

18   discuss the outstanding dispute is scheduled for **Thursday,**

19   **June 10, 2010 at 9:00 a.m.**  Counsel shall contact **CourtCall**,

20   telephonic court appearances at **1-888-882-6878**, and make

21   arrangements for the telephonic conference call.

22        By noon on June 8, 2010, plaintiff shall **fax** a copy of

23   the 30(b)(6) deposition notice to chambers at **415-522-4694.**

24   Dated: June 4, 2010

25

26   _____
                     Bernard Zimmerman
                 United States Magistrate Judge

27

28   G:\BZALL\-REFS\JOHNSON V. CITY OF ANTIOCH\TEL CONF 2.wpd

                                   1