JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
City of Antioch, Antioch Police Department, James Hyde,
Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer
James Stenger, Officer Rick Smith

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON and TIM HORTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER ADRIAN GONZALEZ (#4336), OFFICER AURELIANO MENDES (DOE 1) (#4111), OFFICER JAMES STENGER (DOE 2) (#3604), OFFICER RICK SMITH (DOE 3) (#2310), DOES 4 THROUGH 5, in their individual and official capacities,<br><br>Defendant. | Case No. C09-03153 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF EXPERT DISCLOSURE AND DISCOVERY DEADLINES**<br><br>Judge: Hon. Jeffrey S. White<br>Dept: Courtroom 11, 19th Floor (SF)<br><br>Trial Date: December 6, 2010 |

Plaintiffs Jesse Johnson and Tim Horton ("Plaintiffs'), and Defendants City of Antioch, Antioch Police Department, Chief James Hyde, Corporal Rick Smith, and Officers Adrian Gonzalez, James Stenger, and Aureliano Mendes ("Defendants"), by and through their respective attorneys of record. hereby stipulate to the following:

1. WHEREAS this matter is a civil rights case arising out of the detention and arrest of Plaintiffs by officers of the Antioch Police Department;

2. WHEREAS due to the number of potential witnesses identified in this matter,

STIPULATION AND ORDER FOR EXTENSION OF EXPERT - C09-03153 JSW
DISCLOSURE & DISCOVERY DEADLINES

Plaintiffs and Defendants have taken twenty four (24) depositions combined during fact discovery, including many depositions in the month of May up to the fact discovery cut-off of May 28, 2010;

3. WHEREAS currently the deadline to disclose experts is June 18, 2010, rebuttal expert disclosure is July 2, 2010, and the expert discovery deadline is July 30, 2010;

4. WHEREAS the expert disclosure deadline of June 18, 2010, at this juncture would not provide the parties with sufficient time to obtain the relevant deposition transcripts, and their respective experts sufficient time to, review and evaluate the testimony of the deponents and prepare FRCP 26 reports;

5. WHEREAS the parties wish to avoid the expense of having their experts prepare supplemental reports;

6. WHEREAS the parties seek a short extension of the expert witness disclosure and discovery deadlines;

7. WHEREAS the pretrial conference is set for November 8, 2010, and the trial of this matter is set for December 6, 2010;

8. WHEREAS good cause exists to extend the expert witness disclosure and discovery deadlines;

9. The Parties hereby seek leave of the Court to extend the expert witness disclosure and discovery deadlines as follows:

   a) Disclosure of experts: July 1, 2010;

   b) Disclosure of rebuttal experts: July 12, 2010,

   c) Last day for expert discovery: August 6, 2010.

**IT IS SO STIPULATED**

Dated: June 3, 2010     McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: /s/ James V. Fitzgerald, III
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
City of Antioch, Antioch Police Department, James Hyde, Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer James Stenger, Officer Rick Smith

Dated: June 3, 2010     LAW OFFICE OF JIVAKA CANDAPPA

By: /s/ Jivaka Candappa
Jivaka Candappa
Attorney for Plaintiffs Jesse Johnson and Tim Horton

## ORDER

Pursuant to stipulation and on a showing of good cause, the expert witness disclosure deadline in this matter is extended from June 18, 2010, to July 1, 2010, the rebuttal expert witness disclosure deadline is extended from July 2, 2010, to July 12, 2010, and the expert witness discovery deadline is extended from July 30, 2010, to August 6, 2010. All other deadlines in this matter shall remain unchanged.

IT IS SO ORDERED.

Dated: __June 7__, 2010     By: /s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Court Judge