United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSIE JOHNSON, et al.,

    Plaintiffs,

v.

CITY OF ANTIOCH, et al.,

    Defendants.
                                     /

No. C 09-03153 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTION TO BIFURCATE TRIAL**

This matter is set for a hearing on July 23, 2010 on Defendants' motion to bifurcate trial. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than June 28, 2010 and a reply brief shall be filed by no later than July 6, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 14, 2010

                                                 JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE