JIVAKA CANDAPPA, (SBN 225919)
180 Grand Avenue, Suite 700
Oakland, CA 94612
Telephone: (510) 628-0300
Facsimile: (510) 628-0400

Attorney for Plaintiffs JESSE JOHNSON,
and TIM HORTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON and TIM HORTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER ADRIAN GONZALEZ (#4336), OFFICER AURELIANO MENDES ( DOE 1) (#4111), OFFICER JAMES STENGER (DOE 2) (#3604),  OFFICER RICK SMITH (DOE 3) (#2310), DOES 4 THROUGH 5, in their individual and official capacities,<br><br>Defendants. | Case No.: C09-03153 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DATE**<br><br>Judge:    Hon. Jeffrey S. White<br>Dept:    Courtroom 11, 19th Floor (SF)<br><br>Trial Date:    December 6, 2010<br>Pretrial Conference: November 8, 2010 |

    Plaintiffs Jesse Johnson and Tim Horton ("Plaintiffs"), and Defendants City of Antioch, Antioch Police Department, Chief James Hyde, Corporal Rick Smith, and Officers Adrian Gonzalez, James Stenger, and Aureliano Mendes ("Defendants"), by and through their respective attorneys of record, hereby stipulate to the following:

    1.    WHEREAS currently the mediation of this matter is set for August 31, 2010;

    2.    WHEREAS Plaintiffs' Counsel and Defendants' Counsel will be in trial before United States Magistrate, Hon. Joseph C. Spero on August 31, 2010, in the matter of *Onita Tuggles v. City of Antioch et al.*, Case No. C08-01914 JCS;

3. WHEREAS the counsel for both parties cannot attend the mediation session scheduled for August 31, 2010, because of their respective trial obligations;

4. WHEREAS the Parties met and conferred on the matter, apprised the mediator about the scheduling conflict, and seek a brief continuance;

5. WHEREAS the pretrial conference is set for November 8, 2010, and the trial of this matter is set for December 6, 2010;

6. WHEREAS good cause exists to continue the mediation date;

7. The Parties hereby seek leave of the Court to continue the mediation date to September 23, 2010.

**IT IS SO STIPULATED**

Dated: August 19, 2010        LAW OFFICE OF JIVAKA CANDAPPA

By: /s/ Jivaka Candappa
Jivaka Candappa
Attorney for Plaintiffs Jesse Johnson and Tim Horton

Dated: August 19, 2010        MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: /s/ Noah G. Blechman
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
City of Antioch, Antioch Police Department, James Hyde, Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer James Stenger, Officer Rick Smith

**ORDER**

Pursuant to stipulation and on a showing of good cause, the mediation date in this matter is continued from August 31, 2010 to September 23, 2010.

**IT IS SO ORDERED.**

Dated: August 23, 2010    By: /s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Court Judge

---

STIPULATION AND ORDER TO
CONTINUE MEDIATION DATE        -2-        *Jesse Johnson et al. vs. City of Antioch et al.*
Case No. C09-03153 JSW