1 | JAMES V. FITZGERALD, III (State Bar No. 55632)
2 | NOAH G. BLECHMAN (State Bar No. 197167)
  | McNAMARA, NEY, BEATTY, SLATTERY,
  | BORGES & BROTHERS LLP
3 | 1211 Newell Avenue
  | Post Office Box 5288
4 | Walnut Creek, CA 94596
  | Telephone: (925) 939-5330
5 | Facsimile:  (925) 939-0203

6 | Attorneys for Defendants
  | City of Antioch, Antioch Police Department, James Hyde,
7 | Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer
  | James Stenger, Officer Rick Smith

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JESSE JOHNSON and TIM HORTON, | Case No. C09-03153 JSW |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PER CIVIL L.R. 79-5(c) |
| vs. | |
| CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER ADRIAN GONZALEZ (#4336), OFFICER AURELIANO MENDES (DOE 1) (#4111), OFFICER JAMES STENGER (DOE 2) (#3604), OFFICER RICK SMITH (DOE 3) (#2310), DOES 4 THROUGH 5, in their individual and official capacities,, | Pre-Trial Conference: November 15, 2010<br>Time: 2:00 P.M.<br>Dept: Courtroom 11<br>19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA |
| Defendants. | Judge: Hon. Jeffrey S. White |
| | Trial Date: December 6, 2010 |

Pursuant to Civil Local Rule 79-5(d), Defendants moved the Court for permission to file the entirety of their Motion in Limine No. 4, Motion to Exclude Evidence of Any and All Personnel Issues of Defendants, as well as all supporting exhibits under seal as they contain information that is subject to the protective orders on file in this matter.

Case No. C09-03153 JSW -
[~~PROPOSED~~] ORDER GRANTING SEALING
MOTION

1   THE COURT HEREBY GRANTS DEFENDANTS' ADMINISTRATIVE MOTION TO
2   SEAL Defendants' Motion in Limine Number 4, and lodge the documents with the Court in
3   accordance with Civil Local Rule 79-5(c).
4   IT IS SO ORDERED
5   Dated: November 3, 2010

By: _____
Hon. Jeffrey S. White
United States District Judge

Case No. C09-03153 JSW -                    1
[PROPOSED] ORDER GRANTING SEALING
MOTION