JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
City of Antioch, Antioch Police Department, James Hyde,
Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer
James Stenger, Officer Rick Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON and TIM HORTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER ADRIAN GONZALEZ (#4336), OFFICER AURELIANO MENDES (DOE 1) (#4111), OFFICER JAMES STENGER (DOE 2) (#3604), OFFICER RICK SMITH (DOE 3) (#2310), DOES 4 THROUGH 5, in their individual and official capacities,,<br><br>Defendants. | Case No. C09-03153 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR ORDER SHORTENING TIME TO HEAR PETITION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFCANDUM<br><br>Dept: Courtroom 11, Nineteenth Floor<br>Judge: Hon. Jeffrey S. White<br>Trial Date: December 6, 2010 |

Application having been made by Defendants for an order shortening time for the hearing of the attached Petition for Issuance of Writ of Habeas Corpus Ad Testificandum, with proof having been made to the satisfaction of the Court, and good cause appearing therefore:

IT IS HEREBY ORDERED that the application of Defendant for an order shortening time for hearing of the Petition for Issuance of Writ of Habeas Corpus Ad Testificandum, and accompanying papers is GRANTED.

[PROPOSED] ORDER GRANTING
DEFENDANTS' APPLICATION FOR OST ON
PETITION FOR WRIT OF HABEAS CORPUS
AD TESTIFICANDUM Case No. C09-03153 JSW

Plaintiffs will have until November 29, 2010, to file and serve their opposition (if any) to the Petition for Issuance of Writ of Habeas Corpus Ad Testificandum on defense counsel.

The matter will be heard and decided by this Court on December 1, 2010, following the completion of jury selection.

IT IS SO ORDERED.

Dated: November 24, 2010

_____
Hon. Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR OST ON PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM Case No. C09-03153 JSW         2