JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
City of Antioch, Antioch Police Department, James Hyde,
Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer
James Stenger, Officer Rick Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON and TIM HORTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER ADRIAN GONZALEZ (#4336), OFFICER AURELIANO MENDES (DOE 1) (#4111), OFFICER JAMES STENGER (DOE 2) (#3604), OFFICER RICK SMITH (DOE 3) (#2310), DOES 4 THROUGH 5, in their individual and official capacities,,<br><br>Defendants. | Case No. C09-03153 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO BRING ELECTRONIC EQUIPMENT INTO COURTHOUSE FOR TRIAL**<br><br>Trial Date: December 6, 2010<br><br>Judge: Hon. Jeffrey S. White<br>Dept: 19th Floor, Courtroom 11 |

The parties, by and through their respective attorneys of record, hereby stipulate and jointly request an order from the Court to allow the undersigned counsel to bring into the U.S. District Court, Northern District courthouse, located at 450 Golden Gate Avenue, in San Francisco, the following electronic equipment, for the purposes of trial, which is slated to begin on December 1, 2010 (jury selection only) and December 6, 2010 (trial). The following electronic equipment is requested by the parties to be allowed into the courthouse:

STIPULATION AND ORDER ALLOWING
ELECTRONIC EQUIPMENT   C09-03153 JSW

1. ELMO Video Projector, Model HV-5000XG, with external speakers
2. Dell Projector, Model No. 1609WX
3. Epson Multimedia Projector, Model No. EX5200
4. Dell Laptop(s) of Defendants' counsel.
5. Laptop(s) of Plaintiffs' counsel.
6. Projection Screen.

SO STIPULATED.

Dated: November 24, 2010   MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP

By: /s/ Noah G. Blechman
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
City of Antioch, Antioch Police Department, James Hyde, Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer James Stenger, Officer Rick Smith

Dated: November 24, 2010   LAW OFFICE OF JIVAKA CANDAPPA

By: /s/ Jivaka Candappa
Jivaka Candappa, Esq.
Alana Coopersmith, Esq.
Attorneys for Plaintiffs Jesse Johnson and Tim Horton

**PURSUANT TO STIPULATION AND REQUEST, IT IS SO ORDERED**.

Dated: November 24, 2010

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Court Judge

STIPULATION AND ORDER ALLOWING             1
ELECTRONIC EQUIPMENT - C09-03153 JSW