JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
City of Antioch, Antioch Police Department, James Hyde,
Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer
James Stenger, Officer Rick Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON and TIM HORTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER ADRIAN GONZALEZ (#4336), OFFICER AURELIANO MENDES (DOE 1) (#4111), OFFICER JAMES STENGER (DOE 2) (#3604), OFFICER RICK SMITH (DOE 3) (#2310), DOES 4 THROUGH 5, in their individual and official capacities,,<br><br>Defendants. | Case No. C09-03153 JSW<br><br>[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFCANDUM AS TO WITNESS FELICIA JEAN GREGGS<br><br>Dept:      Courtroom 11, Nineteenth Floor<br>Judge:     Hon. Jeffrey S. White<br>Trial Date:  December 6, 2010 |

Felicia Jean Greggs, PFN AYI456, a material witness in the above captioned matter set for trial on December 6, 2010, is confined at Santa Rita Jail 5325 Broder Blvd., Dublin, California in the custody of the Commanding Officer. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate:

(1) For testimony at trial at Courtroom 11, Nineteenth Floor, United States District Court

[PROPOSED] ORDER GRANTING
DEFENDANTS' PETITION FOR WRIT OF
HABEAS CORPUS AD TESTIFICANDUM Case
No. C09-03153 JSW

of the Northern District of California, 450 Golden Gate Ave., San Francisco, CA 94102, from December 9, 2010 at 9:00 a.m. until her testimony is completed on December 9, 2010.

ACCORDINGLY, IT IS ORDERED that:

(1) A Writ of Habeas Corpus ad Testificandum issue, commanding the Commanding Officer to produce the inmate named above to testify in the United States District Court and the times and places named above, and thereafter to return the inmate to the above named institution; and

(2) The custodian is to notify the Court of any change in custody of this inmate and is ordered to provide any new custodian with a copy of this writ; and

(3) The State of California is to pay all expense associated with transporting, guarding, and otherwise securing the presence of the inmate at trial on December 9, 2010.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Commanding Officer/Warden of Santa Rita Jail 5325 Broder Blvd., Dublin, CA:**

YOU ARE COMMANDED to produce the inmate named above to testify before the United States District Court at the time and place above until the completion of her testimony, or as ordered by the Court; and thereafter to return the inmate to the above institution.

FURTHER, you are ordered to notify the Court of any change in custody of the inmate and are ordered to provide any new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: November 24, 2010

_____
Hon. Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM Case No. C09-03153 JSW

2