**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE JOHNSON and TIM HORTON,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER ADRIAN GONZALEZ (#4336), OFFICER AURELIANO MENDES ( DOE 1) (#4111), OFFICER JAMES STENGER (DOE 2) (#3604), OFFICER RICK SMITH (DOE 3) (#2310), DOES 4 THROUGH 5, in their individual and official capacities,<br><br>　　　　Defendants. | Case No.: C09-03153 JSW<br><br>[PROPOSED] ORDER<br><br>Trial Date:　December 6, 2010<br>Dept:　　　Courtroom: 11, 19th Floor<br>　　　　　　450 Golden Gate,<br>　　　　　　San Francisco, CA<br><br>Judge: Hon. Jeffrey S. White |

**[PROPOSED] ORDER**

**To:　The Commanding Officer/Warden of Santa Rita Jail 5325 Broder Blvd., Dublin, CA:**

YOU ARE HEREBY ORDERED to permit Felicia Jean Greggs (PFN: AYI456), as to whom an order & writ of habeas corpus ad testificandum has been granted to be produced for testimony, to receive into property at Santa Rita Jail on or before December 7, 2010, two sets of

---

*Johnson and Horton v. City of Antioch et al.*　　　1　　[Proposed] Dress-Out Order
Case No. C 09-03153 JSW

1 civilian clothing to wear during her testimony.  YOU ARE ALSO ORDERED to dress out Ms.
2 Greggs on each day of her testimony.

4 DATED: November 24, 2010

_____
HONORABLE JEFFREY S. WHITE
Untied States District Court Judge

*Johnson and Horton v. City of Antioch et al.*     2     [Proposed] Dress-Out Order
Case No.  C 09-03153 JSW