IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSIE JOHNSON and TIM HORTON,

    Plaintiffs,

v.

CITY OF ANTIOCH, et al.,

    Defendants.
_____/

No. C 09-03153 JSW

**COURT'S INTENDED VOIR DIRE**

The Court shall read the parties' Statement of the Case prior to posing the following questions:

1. Has any member of the panel heard or read anything about the case?
2. The Plaintiffs in this case are Jessie Johnson and Tim Horton, and they are represented by Jivaka Candappa and Alanna Coopersmith.
   a) Do any of you, or any member of your family or your close friends, know any of these persons?
   b) Have any of you, or any member of your family or your close friends, had any business dealing with them or were represented by them?
   c) Have any of you, or any member of your family or your close friends had any other similar relationship or business connection with any of them?
3. The Defendant in this case is the City of Antioch, the Antioch Police Department, Chief of Police James Hyde and individual officers Adrian Gonzalez, Aureliano Mendes, James Stenger and Rick Smith. Defendants are represented by James V. Fitzgerald III, Noah G. Blechman, and Jaime Licht.

      a)    Do any of you, or any member of your family or your close friends know any of these persons?

      b)    Have any of you, or any member of your family or your close friends had any business dealing with them or were represented by them?

      c)    Have any of you, or any member of your family or your close friends had any other similar relationship or business connection with any of them?

4. As I indicated, my name is Jeffrey S. White. Do any of you know me?

5. My courtroom deputy is Jennifer Ottolini and my Law Clerks are Daisy Salzman, Melissa Goldberg, and Kristin Ring. Do any of you know any of these people?

6. Do any of you know or have any of you had dealings, directly or indirectly, with any of the following individuals or organizations whose names may be mentioned or who may be witnesses during the course of this trial? **[The parties shall introduce their witnesses to the venire. The Judge will direct panel members to raise their hands and keep hands raised if they recognize a name]:**

7. Have any of you or anyone in your immediate family had any training in the law, including any specialized training in civil rights law?

8. Do any you have any feelings or opinions about lawsuits, lawyers or parties to lawsuits that would affect your ability to be a fair and impartial juror in this case?

9. Do you believe that if a citizen has a disagreement with a police officer that the police officer is more likely or less likely to be correct?

10. Is there anything in your personal life, experience, or even worldview, which would cause you difficulty in serving as a juror in a case where African-American plaintiffs are suing police officers?

11. Have you, or any immediate family members, ever been cited or charged with any drug and/or alcohol related crimes? If so, please explain.

12. Do you understand that Plaintiffs have the burden of proving liability and damages against Defendant, including liability against each Defendant individually?

1  13.  In the trial, Plaintiff will put his evidence on first and then Defendant has the opportunity to put on his evidence.  Do any of you think that you would have difficulty keeping an open mind regarding this case until you have heard all of the evidence and I have instructed you on the law?

14.  If you are selected as a juror, you may have to resolve conflicts in the testimony of witnesses.  This means you may have to decide whether to believe or reject all or part of a witness' testimony.  Do any of you feel that this is something you cannot do?

15.  If you are selected to sit on this case, is there anyone who thinks they will not be able to render a verdict solely on the evidence presented at the trial and in the context of the law as I will give it to you in my instructions, disregarding any other ideas, notions, or beliefs about the law that you may have encountered in reaching your verdict?

16.  Having heard the questions put to you by the Court, can any of you think of any other reason suggest as to why you could not sit on this jury and render a fair verdict based on the evidence presented to you and in the context of the Court's instructions to you on the law?

17.  Do any of you have anything that you would like to bring to the Court's attention (*e.g.*, health problems, hearing problems, difficulty understanding English, personal bias, financial problems, etc.) that might affect your ability to be an effective, fair and impartial juror?

**IT IS SO ORDERED.**

Dated:   November 29, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE