UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE JOHNSON, et al,

        Plaintiff(s),

  v.

CITY OF ANTIOCH, et al.,,

        Defendant(s).
_____/

Case No. C-09-3153 JSW

**JURY REFRESHMENT ORDER**

    IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish the *Deluxe Continental Refreshments* for the eight (8) members of the jury in the above-entitled matter beginning **Monday, December 6, 2010,** for the duration of the trial at the expense of the United States. The trial will be held Monday through Thursday in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The refreshments shall be brought to the jury room behind Courtroom 11 by no later than 7:20 a.m. each day and will be cleared by no later than 2:00 p.m. each day.

**IT IS SO ORDERED.**

Dated: December 2, 2010

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE