JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
City of Antioch, Antioch Police Department, James Hyde,
Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer
James Stenger, Officer Rick Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON and TIM HORTON,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER ADRIAN GONZALEZ (#4336), OFFICER AURELIANO MENDES (DOE 1) (#4111), OFFICER JAMES STENGER (DOE 2) (#3604), OFFICER RICK SMITH (DOE 3) (#2310), DOES 4 THROUGH 5, in their individual and official capacities,,<br><br>　　　　　Defendants. | Case No. C09-03153 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE, PER FRCP 41(A)(1)** |

Case No. C09-03153 JSW -
STIPULATION AND ORDER REGARDING
VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the following claims, with prejudice, each party to bear their own fees and costs with regard to these dismissed claims:

1. The Malicious Prosecution claim in the First Cause of Action; and
2. The Fourteenth Amendment due process claim in the First Cause of Action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 2, 2010

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
THE CITY OF ANTIOCH, et al.

Dated: December 2, 2010

By: /s/ Jivaka Candappa
Jivaka Candappa, Esq.
Alanna Coopersmith, Esq.
Attorneys for Plaintiffs
Jesse Johnson and Tim Horton

**IT IS SO ORDERED:**

Dated: December 2, 2010

By: _____
Hon. Jeffrey S. White
United States District Court Judge

Case No. C09-03153 JSW -
STIPULATION AND ORDER REGARDING
VOLUNTARY DISMISSAL

1