JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNamara, Ney, Beatty, Slattery,
Borges & Brothers LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone:   (925) 939-5330
Facsimile:   (925) 939-0203

Attorneys for Defendants
City of Antioch, et al.

Jivaka Candappa (SBN 225919)
Law Office of Jivaka Candappa
180 Grand Avenue, Suite 700
Oakland, California 94612
Telephone: (510) 628-0300
Facsimile: (510) 628-0400

Attorney for Plaintiffs
JESSE JOHNSON and TIM HORTON

Alanna Coopersmith (SBN 248447)
2201 Broadway, Suite 815
Oakland, California 94612
Telephone: (510) 628-0596
Fax: (510) 251-0600

Attorney for Plaintiffs
JESSE JOHNSON and TIM HORTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON and TIM HORTON, | Case No. C09-03153 JSW |
| Plaintiffs, | **STIPULATION AND ORDER RE TESTIMONY/EVIDENCE OF OFFICER MENDES' PERSONNEL FILE** |
| vs. | |
| CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER ADRIAN GONZALEZ (#4336), OFFICER AURELIANO MENDES (DOE 1) (#4111), OFFICER JAMES STENGER (DOE 2) (#3604), OFFICER RICK SMITH (DOE 3) (#2310), DOES 4 THROUGH 5, in their individual and official capacities,, | Trial Date: December 6, 2010 |
| | Dept: 19th Floor, Courtroom 11 |
| | Judge: Hon. Jeffrey S. White |
| Defendants. | |

The parties, by and through their respective attorneys of record, hereby stipulate that all evidence and testimony relating to the personnel matter involving Officer Mendes' shall be sealed pursuant to the Protective Order on file in this matter. The sealable matter includes

STIPULATION AND ORDER RE
TESTIMONY/EVIDENCE OF OFFICER
MENDES' PERSONNEL FILE

testimony from Officer Mendes, Chief Hyde and any reference to Exhibit 17.

Additionally, any counsel who has obtained transcripts of testimony related to Officer Mendes' personnel matter should treat those portions of the transcripts as confidential and subject to the Protective Order on file in this matter.

SO STIPULATED.

Dated: December 14, 2010     MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP

By:  /s/ Noah G. Blechman
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
City of Antioch, et al.

Dated: December 14, 2010     LAW OFFICE OF JIVAKA CANDAPPA

By:  /s/ Jivaka Candappa
Jivaka Candappa, Esq.
Alanna Coopersmith
Attorney for Plaintiffs Jesse Johnson and Tim Horton

By:  /s/ Alanna Coopersmith
Jivaka Candappa, Esq.
Alanna Coopersmith
Attorney for Plaintiffs Jesse Johnson and Tim Horton

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: December 15, 2010

_____
Hon. Jeffrey S. White
United States District Court

STIPULATION AND ORDER RE TESTIMONY/EVIDENCE OF OFFICER MENDES' PERSONNEL FILE

2