JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
City of Antioch, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON and TIM HORTON, | Case No. C09-03153 JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR RETURN OF TRIAL EXHIBITS AS MODIFIED** |
| vs. | |
| CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER ADRIAN GONZALEZ (#4336), OFFICER AURELIANO MENDES (DOE 1) (#4111), OFFICER JAMES STENGER (DOE 2) (#3604), OFFICER RICK SMITH (DOE 3) (#2310), DOES 4 THROUGH 5, in their individual and official capacities, | Judge: Hon. Jeffrey S. White<br>Dept: Courtroom 11, 19th Floor (SF)<br><br>Trial Date: December 6, 2010<br>Verdict: December 14, 2010 |
| Defendant. | |

Plaintiffs Jesse Johnson and Tim Horton ("Plaintiffs'), and Defendants City of Antioch, Antioch Police Department, Chief James Hyde, Corporal Rick Smith, and Officers Adrian Gonzalez, James Stenger, and Aureliano Mendes ("Defendants"), by and through their respective attorneys of record, hereby stipulate to the following:

1.      WHEREAS Defendants ask that the following trial exhibits, as specified in the Joint Exhibit List-Admitted Exhibits (See Document 170, e-filed 12/14/10), be returned to their attorney of record, Noah G. Blechman, Esq., from the law firm of McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP, 1211 Newell Avenue, Walnut Creek, CA 94596: Exh. No.'s 1,

C09-03153 JSW - STIPULATION AND ORDER      1
FOR RETURN OF TRIAL EXHIBITS

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

2, 3, 8, 10, 12, 13, 15, 18, 21, 41, 43, 45, 48, 61, 96, 97, 98, 99, 150, 159, 162, and 163. These are all of the admitted exhibits with the exception of Exhibit No. 176, as referenced below.

2.     WHEREAS Plaintiffs ask that the following trial exhibit be returned to their attorney of record, Jivaka Candappa, 180 Grand Avenue, Suite 700, Oakland, CA 94612: Exhibit No. 176 (Mr. Johnson's T-Shirt with stains).

3.     WHEREAS the parties agree to maintain these original exhibits for a reasonable period of time following receipt of such exhibits from the Court, pending any further actions in relation to this lawsuit.

4.     WHEREAS the parties agree to contact the Courtroom Deputy to arrange for the return of the exhibits identified here following receipt of the Court's Order regarding the parties' stipulation.

The Parties stipulate to the return of the relevant trial exhibits.

**IT IS SO STIPULATED**

Dated: January 3, 2011

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
City of Antioch, Antioch Police Department, James Hyde, Officer Adrian Gonzalez, Officer Aureliano Mendes, Officer James Stenger, Officer Rick Smith

Dated: January 3, 2011

LAW OFFICE OF JIVAKA CANDAPPA

/s/ Jivaka Candappa
By: _____
Jivaka Candappa / Alana Coopersmith
Attorneys for Plaintiffs Jesse Johnson and Tim Horton

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

## ORDER

Pursuant to stipulation and on a showing of good cause, it is hereby ordered that

1.      The following trial exhibits, as specified in the Joint Exhibit List-Admitted Exhibits (See Document 170, e-filed 12/14/10), shall be returned to Defendants' attorney of record, Noah G. Blechman, Esq., from the law firm of McNamara, Ney, Beatty, Slattery, Borges & Brothers LLP, 1211 Newell Avenue, Walnut Creek, CA 94596:  Exhibit No.'s 1, 2, 3, 8, 10, 12, 13, 15, 18, 21, 41, 43, 45, 48, 61, 96, 97, 98, 99, 150, 159, 162, and 163 (all admitted exhibits with exception of Exhibit No. 176).

2.      The following exhibit shall be returned to Plaintiffs' attorney of record, Jivaka Candappa, 180 Grand Avenue, Suite 700, Oakland, CA 94612: Exhibit No. 176 (Jesse Johnson's T-Shirt with stains).

3.      Counsel for the parties are ordered to contact the ~~Courtroom Deputy~~ to arrange for Case Systems Administrator
the return of the relevant exhibits. Hilary Jackson at (415) 522-4261

**IT IS SO ORDERED.**

Dated:   ___January 4___ , 2011      By: _____
                                          Honorable Jeffrey S. White
                                          United States District Court Judge

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330